## United States District Court for the Northern District of Illinois

Case Number: 07CV6635    Assigned/Issued By: NF

Judge Name: COAR    Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 10342178

Date Payment Rec'd: 11/26/7    Fiscal Clerk: NF

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_1_ Original and _1_ copies on _11/26/7_ as to _DEF_____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05