UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                                   Case No.: 1:07−cv−06635
                                                          Honorable Susan E. Cox

Apex Excavating, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Defendant's counsel only appears. Status hearing held. The Court was informed that the parties have reached a settlement and will need additional time to finalize settlement documents. Status hearing set for 4/16/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.