IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>APEX EXCAVATING, INC., <br><br>　　　　　　Defendant. | Case No. 07 C 6635 <br><br> Magistrate Judge Cox |

**STIPULATION OF DISMISSAL**

Plaintiffs, LABORERS' PENSION FUND, and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSON, Administrator of the Funds, and Defendant, APEX EXCAVATING, INC., by their attorneys, pursuant to Rule 41(a)(l)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation this matter may be dismissed without prejudice with leave to reinstate on or before April 15, 2009, after which time the dismissal shall be with prejudice each party to bear its own costs and fees.

Dated: April 4, 2008

| | |
|---|---|
| s/ Karen I. Engelhardt | s/ Kathleen M. Cahill |
| Karen I. Engelhardt | Kathleen M. Cahill |
| Allison, Slutsky & Kennedy, P.C. | Allocco, Miller & Cahill, P.C. |
| 230 West Monroe Street, Suite 2600 | 3409 North Paulina Street |
| Chicago, Illinois 60606 | Chicago, Illinois 60657 |
| (312) 364-9400 | (773) 868-4841 |