UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
                               Plaintiff,
v.                                              Case No.: 1:07−cv−06635
                                                Honorable Susan E. Cox
Apex Excavating, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before the Honorable Susan E. Cox: Parties having filed a stipulation for dismissal, the above−entitled cause of action is dismissed without prejudice with leave to reinstate on or before 4/15/09, after which time the dismissal shall be with prejudice each party to bear its own costs and fees. Status hearing set for 4/16/08 at 9:30 a.m. is stricken. Civil case terminated. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.